FILED

July 8, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)                    Case No. MAG. 09-0173-GGH
Plaintiff, )
)
v. )
)                    ORDER FOR RELEASE OF
)                    PERSON IN CUSTODY
AMADOR FREGOSO, )
Defendant. )
)
)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release AMADOR FREGOSO, Case No. MAG. 09-

0173-GGH from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_____    Release on Personal Recognizance

  X     Bail Posted in the Sum of: $50,000.00.

    X     Unsecured Appearance Bond

    ___    Appearance Bond with Surety

    X     (Other) Conditions as stated on the record.

    ___    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   07/08/09   at  2:39 pm.

By _____

Edmund F. Brennan
United States Magistrate Judge