LAWRENCE G. BROWN
Acting United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>AMADOR FREGOSO,<br><br>              Defendant. | CASE NO. 09-MJ-0173 GGH<br><br>STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING<br><br>Date:  July 28, 2009<br>Time:  2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

    The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 scheduled for July 27, 2009, to August 19th, 2009, at 2:00 p.m.

    Both parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that the above reason constitutes good cause to extend the time for

1

preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to August 19th, 2009, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: <u>July 24th, 2009</u>

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: <u>July 24th, 2009</u>          /S/ Christopher Haydn-Myer for
Todd D. Leras
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to August 19th, 2009, at 2:00 p.m.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated:   July 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE