1  LAWRENCE G. BROWN
   Acting United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 09-MJ-0173 GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
|  | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) |  |
|  | ) | Date:  September 16th, 2009 |
| AMADOR FREGOSO, | ) | Time:  2:00 p.m. |
|  | ) |  |
| Defendant. | ) |  |

The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 scheduled for August 19, 2009, to September 16, 2009, at 2:00 p.m. before the Hon. Gregory G. Hollows.

Both parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that

1

1  the above reason constitutes good cause to extend the time for
2  preliminary hearing under Federal Rule of Criminal Procedure 5.1, and
3  that the time within which the indictment must be filed should be
4  extended to September 16th, 2009, pursuant to the Speedy Trial Act,
5  18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: August 17, 2009

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: August 17, 2009        /S/ Christopher Haydn-Myer for
                              Todd D. Leras
                              Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to September 16th, 2009, at 2:00 p.m. before the Hon. Gregory G. Hollows.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

DATED: August 18, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/fregoso0173.stipord

2