CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net


Attorney for Defendant
AMADOR FREGOSO




                    IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | CASE NO. 09-MJ-0173 GGH |
|                                    ) | |
|                    Plaintiff,      ) | STIPULATION AND ORDER |
|                                    ) | CONTINUING PRELIMINARY HEARING |
| v.                                 ) | |
|                                    ) | Date:   October 21, 2009 |
| AMADOR FREGOSO,                    ) | Time:   2:00 p.m. |
|                                    ) | Judge:  Hon. Kimberly J. Muller |
|                    Defendant.      ) | |
|                                    ) | |
|                                    ) | |
|                                    ) | |
|                                    ) | |
|                                    ) | |

        The parties to this action, defendant Amador Fregoso and

plaintiff, United States of America, hereby stipulate through their

respective attorneys to continue both the preliminary hearing and the

hearing regarding the DNA tests on release condition number 8

currently scheduled on October 21st, 2009 to November 20th, 2009 at

2:00 p.m. before the magistrate judge.

                                   1

1  Both parties are working toward reaching a pre-indictment

2 resolution of the pending charges.  The parties further agree that

3 the above reason constitutes good cause to extend the time for

4 preliminary hearing under Federal Rule of Criminal Procedure 5.1, and

5 that the time within which the indictment must be filed should be

6 extended to November 20th, 2009, pursuant to the Speedy Trial Act, 18

7 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

8

9 Dated: October 20, 2009

Respectfully submitted,

10 /s/ Christopher Haydn-Myer

11 _____

12 CHRISTOPHER HAYDN-MYER
Attorney for Defendant

13 Amador Fregoso

14 DATED: October 20, 2009   /S/ Christopher Haydn-Myer for
Todd D. Leras

15 Assistant U.S. Attorney

16

17

18                                **ORDER**

19

20   Based on the stipulation of the parties and good cause being

21 shown, both the preliminary hearing and the hearing regarding the DNA

22 tests on release condition number 8 in this matter are continued to

23 November 20th, 2009 at 2:00 p.m. before the magistrate judge.  Time

24 is excluded under the Speedy Trial Act pursuant to the reason stated

25 in the stipulation of the parties.

26

27 Dated: October 20, 2009.

28

_____
U.S. MAGISTRATE JUDGE