1  CHRISTOPHER HAYDN-MYER, Bar #176333
   1809 19th Street
2  Sacramento, California 95811
   Telephone: (916) 622-1703
3  Fax: (916) 443-5084
   email: chrishaydn@sbcglobal.net
4
5  Attorney for Defendant
   AMADOR FREGOSO
6

FILED

NOV 19 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 09-MJ-0173 GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) | Date: November 20, 2009 |
| AMADOR FREGOSO, | ) | Time: 2:00 p.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |

The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on November 20th, 2009 to January 15th, 2010 at 2:00 p.m. before the magistrate judge.

1

Both parties are working toward reaching a pre-indictment resolution of the pending charges. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to January 15th, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: November 19th, 2009

Respectfully submitted,

/s/ Christopher Haydn-Myer

CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: November 19th, 2009

/S/ Christopher Haydn-Myer for
Todd D. Leras
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to January 15th, 2010 at 2:00 p.m. before the magistrate judge. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: 11/19/09

Hon. Dale A. Drozd
United States Federal Judge