```
 1  HAYDN-MYER LAW CORPORATION
    Christopher Haydn-Myer, Bar #176333
 2  970 Reserve Drive, Suite 153
    Roseville, California 95678
 3  Telephone: (916) 622-1703
    email: chrishaydn@sbcglobal.net
 4

 5  Attorney for Defendant
    AMADOR FREGOSO
 6

 7

 8

 9

10                IN THE UNITED STATES DISTRICT COURT

11               FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,    )  CASE NO. 09-MJ-0173 GGH
                                 )
14               Plaintiff,      )  STIPULATION AND ORDER
                                 )  CONTINUING PRELIMINARY HEARING
15  v.                           )
                                 )  Date:  June 25th, 2010
16  AMADOR FREGOSO,              )  Time:  2:00 p.m.
                                 )  Judge: Hon. Gregory G. Hollows
17               Defendant,      )
                                 )
18                               )
                                 )
19                               )
                                 )
20                               )
                                 )
21  _____

22

23       The parties to this action, defendant Amador Fregoso and
24  plaintiff, United States of America, hereby stipulate through their
25  respective attorneys to continue both the preliminary hearing and the
26  hearing regarding the DNA tests on release condition number 8
27  currently scheduled on June 25th, 2010 at 2:00 p.m. be continued to
28  July 30th, 2010 at 2:00 p.m. before the magistrate judge.
```

1

Both parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to July 30th, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: <u>June 23rd, 2010</u>

                                              Respectfully submitted,

                                              /s/ Christopher Haydn-Myer
                                              _____
                                              CHRISTOPHER HAYDN-MYER
                                              Attorney for Defendant
                                              Amador Fregoso

DATED: <u>June 23rd, 2010</u>           /S/ Christopher Haydn-Myer for
                                              Todd D. Leras
                                              Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to July 30th, 2010 at 2:00 p.m. before the magistrate judge.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: June 28, 2010                /s/ Gregory G. Hollows
____
                                              United States Magistrate Judge
fregoso.eot2