```
1  HAYDN-MYER LAW CORPORATION
   Christopher Haydn-Myer, Bar #176333
2  970 Reserve Drive, Suite 153
   Roseville, California 95678
3  Telephone: (916) 622-1703
   Fax: (916) 760-2767
4  email: chrishaydn@sbcglobal.net
5
   Attorney for Defendant
6  AMADOR FREGOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:09-mj-00173 GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING PRELIMINARY HEARING |
| v. | ) |
| | ) Date:  July 30th, 2010 |
| AMADOR FREGOSO, | ) Time:  2:00 p.m. |
| | ) Judge: Hon. Kendall J. Newman |
| Defendant. | ) |

 The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on July 30th to August 27th at 2:00 p.m. before

1

the magistrate judge.

    Both parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to August 27th, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: <u>July 28th, 2010</u>

    Respectfully submitted,

    /s/ Christopher Haydn-Myer
    _____
    CHRISTOPHER HAYDN-MYER
    Attorney for Defendant
    Amador Fregoso

DATED: <u>July 28th, 2010</u>

    /S/ Christopher Haydn-Myer for
    Todd D. Leras
    Assistant U.S. Attorney

**ORDER**

    Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued from July 30, 2010 before Magistrate Judge Kendall J. Newman to August 27, 2010 at 2:00 p.m. before Magistrate Judge Kimberly J. Mueller.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: July 29, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2