```
 1  HAYDN-MYER LAW CORPORATION
    Christopher Haydn-Myer, Bar #176333
 2  1478 Stone Point Drive, Suite 400
    Roseville, California 95661
 3  Telephone: (916) 622-1703
    Fax: (916) 760-2767
 4  email: chrishaydn@sbcglobal.net

 5
    Attorney for Defendant
 6  AMADOR FREGOSO

 7

 8

 9

10
                  IN THE UNITED STATES DISTRICT COURT
11
               FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13
     UNITED STATES OF AMERICA,   )  CASE NO. 09-MJ-0173 GGH
14                               )
                      Plaintiff, )  STIPULATION AND ORDER
15                               )  CONTINUING PRELIMINARY HEARING
     v.                          )
16                               )  Date: October 1, 2010
     AMADOR FREGOSO,             )  Time:  2:00 p.m.
17                               )  Judge: Hon. Edmund F. Brennan
                                 )
18                    Defendant. )
                                 )
19                               )
                                 )
20                               )
                                 )
21                               )
    _____
22

23
         The parties to this action, defendant Amador Fregoso and
24
    plaintiff, United States of America, hereby stipulate through their
25
    respective attorneys to continue both the preliminary hearing and the
26
    hearing regarding the DNA tests on release condition number 8
27
    currently scheduled on October 1st at 2:00 p.m. to November 5th, 2010
28
                                    1
```

at 2:00 before the magistrate judge.

Both parties are working toward reaching a pre-indictment resolution of the pending charges.  The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to November 5th, 2010, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: September 29th, 2010

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: September 29th, 2010

/S/ Christopher Haydn-Myer for
Todd D. Leras
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to November 5th, 2010 at 2:00 p.m. before the magistrate judge.  Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated:   September 29, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE