HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net


Attorney for Defendant
AMADOR FREGOSO




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 09-MJ-0173 GGH |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING PRELIMINARY HEARING |
| v. | ) | |
| | ) | Date: November 5, 2010 |
| AMADOR FREGOSO, | ) | Time: 11:00 a.m. |
| | ) | Judge: Hon. Kimberly J. Mueller |
| | ) | |
| Defendant. | ) | |

_____

   The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on November 5 at 11:00 a.m. to December 17th, 2010 at 2:00 before the magistrate judge.

   Both parties are working toward reaching a pre-indictment resolution of the pending charges. Further, the prosecution has

1  drafted a plea agreement that counsel needs to review with his
2  client. The parties further agree that the above reason constitutes
3  good cause to extend the time for preliminary hearing under Federal
4  Rule of Criminal Procedure 5.1, and that the time within which the
5  indictment must be filed should be extended to December 17th, 2010,
6  pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and
7  (B)(iv), for the reasons stated above.

9  Dated: November 3rd, 2010

                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    Amador Fregoso

   DATED: November 3rd, 2010        /S/ Christopher Haydn-Myer for
                                    Todd D. Leras
                                    Assistant U.S. Attorney

### ORDER

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to December 17th, 2010 at 2:00 p.m. before the magistrate judge. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: November 4, 2010.

                                    _____
                                    U.S. MAGISTRATE JUDGE