HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
AMADOR FREGOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>) | CASE NO. 2:09-mj-00173 GGH |
| Plaintiff, )<br>) | STIPULATION AND ORDER<br>CONTINUING PRELIMINARY HEARING |
| v. ) | |
| ) | Date: December 17, 2010 |
| AMADOR FREGOSO, ) | Time: 2:00 p.m. |
| ) | Judge: Hon. Kendall J. Newman |
| ) | |
| Defendant. ) | |

The parties to this action, defendant Amador Fregoso and plaintiff, United States of America, hereby stipulate through their respective attorneys to continue both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 currently scheduled on December 17, 2010 at 2:00 p.m. to January 21, 2011 at 2:00 before the magistrate judge.

Both parties are working toward reaching a pre-indictment resolution of the pending charges. Further, the prosecution has

1

drafted a plea agreement that counsel needs to review with his client. The parties further agree that the above reason constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1, and that the time within which the indictment must be filed should be extended to January 21, 2011, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

Dated: <u>December 15th, 2010</u>

Respectfully submitted,

/s/ Christopher Haydn-Myer
_____
CHRISTOPHER HAYDN-MYER
Attorney for Defendant
Amador Fregoso

DATED: <u>December 15th, 2010</u>

<u>/S/ Christopher Haydn-Myer for</u>
Todd D. Leras
Assistant U.S. Attorney

**ORDER**

Based on the stipulation of the parties and good cause being shown, both the preliminary hearing and the hearing regarding the DNA tests on release condition number 8 in this matter are continued to January 21, 2011 at 2:00 p.m. before Magistrate Judge Dale A. Drozd. Time is excluded under the Speedy Trial Act pursuant to the reason stated in the stipulation of the parties.

Dated: December 16, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE