HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net


Attorney for Defendant
AMADOR FREGOSO




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | CASE NO. 09-MJ-0173 GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING |
| v. | ) | Date:  January 21, 2011 |
| AMADOR FREGOSO, | ) | Time:  2:00 p.m. |
| | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) | |

_____

     The parties to this action, defendant Amador Fregoso and

plaintiff, United States of America, hereby stipulate through their

respective attorneys to continue both the preliminary hearing and the

hearing regarding the DNA tests on release condition number 8

currently scheduled on January 21st at 2:00 p.m. to February 4th,

2011 at 2:00 before magistrate judge Gregory G. Hollows.

     Both parties are working toward reaching a pre-indictment

resolution of the pending charges. Further, the prosecution has

1

1  drafted and delivered a plea agreement that counsel needs more time

2  to review with his Spanish speaking client. The parties further agree

3  that the above reason constitutes good cause to extend the time for

4  preliminary hearing under Federal Rule of Criminal Procedure 5.1, and

5  that the time within which the indictment must be filed should be

6  extended to February 4th, 2011, pursuant to the Speedy Trial Act, 18

7  U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated above.

8

9  Dated: <u>January 20th, 2011</u>

   Respectfully submitted,

10

   /s/ Christopher Haydn-Myer

11
   _____
12 CHRISTOPHER HAYDN-MYER
   Attorney for Defendant
   Amador Fregoso
13

14 DATED: <u>January 20th, 2011</u>     <u>/S/ Christopher Haydn-Myer for</u>
   Todd D. Leras
15                                       Assistant U.S. Attorney

16                            **ORDER**

17      Based on the stipulation of the parties and good cause being

18 shown, both the preliminary hearing and the hearing regarding the DNA

19 tests on release condition number 8 in this matter are continued to

20 February 4th, 2011 at 2:00 p.m. before magistrate judge Gregory G.

21 Hollows.  Time is excluded under the Speedy Trial Act pursuant to the

22 reason stated in the stipulation of the parties.

23 DATED: January 20, 2011.

24                          _Dale A. Drozd_
25                          _____
26                          DALE A. DROZD
                            UNITED STATES MAGISTRATE JUDGE
27 dad1.crim
   fregoso0173.stipord(3).wpd
28

                                   2