HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
AMADOR FREGOSO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S-11-58 WBS |
|---|---|---|
| Plaintiff, | ) | STIPULATION;[~~PROPOSED~~] ORDER |
| v. | ) | Date: February 14th, 2011 |
|  | ) | Time: 8:30 a.m. |
| AMADOR FREGOSO, | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) |  |

Defendant, AMADOR FREGOSO, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Todd Leras, agree as follows:

It is hereby stipulated that the status conference currently set for February 14th, 2011 be vacated and a new status conference is to be scheduled on March 21st, 2011 at 8:30 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to March 21st, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). The request for additional time is to give counsel time to reach a resolution.

1

1 | Dated: <u>February 11th, 2011</u>
2 |                                         Respectfully submitted,
3 |                                         /s/ Christopher Haydn-Myer
4 |                                         _____
                                            CHRISTOPHER HAYDN-MYER
                                            Attorney for Defendant
                                            Amador Fregoso

6 | DATED: <u>February 11th, 2011</u>      BENJAMIN B. WAGNER
                                            United States Attorney

                                            <u>/S/ Christopher Haydn-Myer for</u>
                                            Todd Leras
                                            Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for February 14th, 2011 be vacated and a new status conference is to be scheduled on March 21st, 2011 at 8:30 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to March 21st, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).

Dated:   February 11, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2