```
 1  HAYDN-MYER LAW CORPORATION
    Christopher Haydn-Myer, Bar #176333
 2  1478 Stone Point Drive, Suite 400
    Roseville, California 95661
 3  Telephone: (916) 622-1703
    Fax: (916) 760-2767
 4  email: chrishaydn@sbcglobal.net

 5  Attorney for Defendant
    AMADOR FREGOSO
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10   UNITED STATES OF AMERICA,      )  CASE NO. S-11-58 WBS
                                    )
11              Plaintiff,          )  STIPULATION;[PROPOSED] ORDER
                                    )
12   v.                             )  Date: March 21, 2011
                                    )  Time: 8:30 a.m.
13   AMADOR FREGOSO,                )  Judge: Hon. William B. Shubb
                                    )
14                                  )
                Defendant.          )
15                                  )
                                    )
16
```

Defendant, AMADOR FREGOSO, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Todd Leras, agree as follows:

It is hereby stipulated that the status conference currently set for March 21, 2011 be vacated and a new status conference is to be scheduled on April 18th, 2011 at 8:30 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to April 18th, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). The request for additional time is to give counsel time to reach a resolution.

1

Dated: <u>March 16th, 2011</u>

                                         Respectfully submitted,

                                         /s/ Christopher Haydn-Myer
                                         _____
                                         CHRISTOPHER HAYDN-MYER
                                         Attorney for Defendant
                                         Amador Fregoso

DATED: <u>March 16th, 2011</u>         BENJAMIN B. WAGNER
                                         United States Attorney

                                         <u>/S/ Christopher Haydn-Myer for</u>
                                         Todd Leras
                                         Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for March 21st, 2011 be vacated and a new status conference is to be scheduled on April 18th, 2011 at 8:30 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to April 18th, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).

Dated: March 16, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE