```
HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
AMADOR FREGOSO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. S-11-58 WBS |
| Plaintiff, ) | STIPULATION;[~~PROPOSED~~] ORDER |
| v. ) | Date: April 18th, 2011 |
| ) | Time: 8:30 a.m. |
| AMADOR FREGOSO, ) | Judge: Hon. William B. Shubb |
| Defendant. ) | |

Defendant, AMADOR FREGOSO, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Todd Leras, agree as follows:

It is hereby stipulated that the status conference currently set for April 18th, 2011 be vacated and a new status conference is to be scheduled on May 23rd, 2011 at 8:30 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's date to May 23rd, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv). The request for additional time is to give counsel time to reach a resolution.

```
Dated: April 13th, 2011
                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    Amador Fregoso


DATED: April 13th, 2011             BENJAMIN B. WAGNER
                                    United States Attorney

                                    /S/ Christopher Haydn-Myer for
                                    Todd Leras
                                    Assistant U.S. Attorney
```

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for April 18th, 2011 be vacated and a new status conference is to be scheduled on May 23rd, 2011 at 8:30 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to May 23rd, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv).

Dated:   April 14, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2