# United States District Court
# Eastern District of California
Before the Honorable **WILLIAM B. SHUBB**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**AMADOR FREGOSO**<br>**T/N:** AMADOR MARTINEZ FREGOSO | Time in Court: 17 minutes<br>**SENTENCING MINUTES**<br>CASE #: CR-S-11-058-01<br>DATE: 4/20/2012<br>Deputy Clerk: Karen Kirksey Smith<br>Court Reporter: Kelly O'Halloran |

**For the Government**  
Todd Leras, Asst. U.S. Attorney

**For the Defendant(s)**  
Chris Haydn-Myer, Appointed

**Interpreter: Yolanda Riley-Portal**    **Defendant:** [X] Present  [X] Bail

- [X]  **Judgment and Sentencing - Date of Plea or Finding of Guilty:**  5/23/2011 to Count 3 of the Information.

- [X]  Placed on Probation: 60 months

- [X]  Probation Conditions:  Refer to Judgment and Commitment order.

- [X]  **Special Conditions**:  Refer to Judgment and Commitment order.

- [X]  **Special Assessment**:  $100 due immediately    [X] **Fine:** $5,000

- [X]  **Appeal Rights:** [ ] Given    [X] Waived

- [X]  **Upon motion made by the Government, the Court dismisses:** Counts 1, 2, 4 and 5